KAUFMAN, BERN, DEUTSCH & LEIBMAN, LLP
Marc E. Leibman
1 Executive Drive
Suite L-15
Fort Lee, New Jersey 07024
(201) 947-8855
Attorney for Defendant Nino Javier Ortega

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL |
| Plaintiff, | CR No. 09-584 (KSH) |
| Vs. | |
| NINO JAVIER ORTEGA, | ORDER APPOINTING COUNSEL |
| Defendant | |

---

THIS matter having come before the court by way of letter dated June 18, 2010, submitted by Marc E. Leibman, Esq., of Kaufman, Bern, Deutsch & Leibman, LLP, appointed counsel for Nino Javier Ortega, for an Order directing that alternative counsel be temporarily appointed pursuant to the Criminal Justice Act, so as not to delay the pending trial of United States of America v. Salvador Parra, CR No.: 09-584 (KSH), scheduled to commence on July 12, 2010 and the Court having been advised that the Defendant's appointed counsel has a long standing pre-paid out of state vacation during the scheduled trial and the Defendant

requires assistance of counsel for the preparation of and during the course of his testimony at the pending trial and for good cause shown,

IT IS on this 24th day of June, 2010;

**ORDERED** Joseph Donohue of Brickfield and Donohue shall be appointed temporarily to represent Mr. Ortega; and

**IT IS FURTHER ORDERED** Mr. Donohue shall meet and confer with Mr. Leibman and the Defendant on June 22, 2010 and as required, so as to be prepared to render assistance to the Defendant in preparation for and during his testimony in Mr. Leibman's absence during the aforementioned trial of Mr. Parra;

**IT IS FURTHER ORDERED** that Mr. Donohue, a member of this District's Criminal Justice Act Panel, shall be compensated in accordance with the Criminal Justice Act;

**IT IS FURTHER ORDERED** that a copy of this order shall be served upon receipt by Defense Counsel upon Joseph R. Donohue, Esq. and Nino Javier Ortega.

_____
HONORABLE KATHARINE S. HAYDEN, U.S.D.J.